# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| BRODTI INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 6:24-cv-58 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF BRODTI INC.'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff BrodTi Inc. ("Brodti" or "Plaintiff") certifies that Plaintiff does not have a parent corporation. Plaintiff further certifies that no publicly held entity owns ten percent or more of Plaintiff's stock.

Dated: January 29, 2024

                                                        Respectfully submitted,

                                                        */s/ Lisa A. Paulson*

                                                        Dariush Keyhani (*pro hac vice* to be filed)
                                                        District of Columbia Bar No. 1031500
                                                        dkeyhani@keyhanillc.com
                                                        Frances H. Stephenson (*pro hac vice* to be filed)
                                                         fstephenson@keyhanillc.com
                                                        New York Registration No. 5206495
                                                        Keyhani LLC
                                                        1050 30th Street NW
                                                        Washington, DC 20007
                                                        T. 202.748.8950
                                                        F. 202.318.8958

                        Lisa A. Paulson
                        Texas Bar No. 00784732
                        lapaulson@dgclaw.com
                        DAVIS, GERALD & CREMER, P.C.
                        515 Congress Avenue, Suite 1510
                        Austin, Texas 78701-2984
                        T: 512-493-9600
                        F: 512-493-9625

                        **ATTORNEYS FOR PLAINTIFF BRODTI INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 29, 2024.

                        */s/ Lisa A. Paulson*
                        Lisa A. Paulson