IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRODTI, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:24-cv-00058-RP |
| | § | |
| vs. | § | JURY TRIAL DEMANDED |
| | § | |
| GOOGLE, LLC, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-captioned action, in its entirety, without prejudice. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without prejudice by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i); *see Carter v. United States*, 547 F.2d 258, 259 (5th Cir. 1977) ("As the plain terms of [the rule] establish, a plaintiff has an absolute right to dismiss a lawsuit before the defendant has filed an answer or summary judgment motion."). In this action, the defendant has not been served and has not filed an answer or motion for summary judgment.

Plaintiff's notice is "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.,* 785 F.3d 967, 973 (5th Cir. 2015) (per curiam).

Respectfully submitted,

*/s/ Lisa A. Paulson*
Dariush Keyhani
District of Columbia Bar No. 1031500
dkeyahani@keyhanillc.com
Frances H. Stephenson
fstephenson@keyhanillc.com
New York Registration No. 5206495
KEYHANI LLC
1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958

Lisa A. Paulson
Texas Bar No. 00784732
lapaulson@dgclaw.com
DAVIS, GERALD & CREMER, P.C.
515 Congress Avenue, Suite 1510
Austin, Texas 78701-2984
T: 512-493-9600
F: 512-493-9625

**ATTORNEYS FOR PLAINTIFF BRODTI INC.**

2